USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARMANDO CASTRO, et al.,

                Plaintiffs,

v.

BLACK ROSE HOSPITALITY, LLC, et al.,

                Defendants.

21-CV-5834 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      No later than November 29, 2021, the parties shall file a status letter updating the Court on whether the mediation session held on November 8, 2021 was successful.

SO ORDERED.

Dated:   November 22, 2021
            New York, New York

_____
Ronnie Abrams
United States District Judge