# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Direct
(212) 972-3213 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (212) 545-4045
MY EMAIL ADDRESS IS: Adam.Gross@jacksonlewis.com

December 20, 2021

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re: **Castro et al. v. Black Rose Hospitality et al.**
           **Case No.: 21-CV-05834 (RA)**

Dear Judge Abrams:

   This firm represents Defendants Black Rose Hospitality LLC, David Richer, Eric Hernandez, James Richards, and Russell Yam in connection with the above-referenced matter. We write with Plaintiffs' counsel's consent and pursuant to Rule D of Your Honor's Individual Rules to request an extension of time to submit a letter detailing why the Parties believe the settlement agreement in this matter is fair and reasonable. We make this request because, unfortunately, due to illness caused by COVID-19, Defendants are not currently available to fully execute the agreement. This is our first request for an extension of this deadline. The current deadline is December 20, 2021, and we respectfully request an extension up through and including December 30, 2021 to submit the letter and accompanying documentation.

   Thank you for your consideration of this matter.

            Respectfully submitted,

            JACKSON LEWIS P.C.

            /s/ *Adam S. Gross*

            Adam S. Gross

cc: All counsel (via ECF)

            Application granted.

            SO ORDERED.

            _____
            Hon. Ronnie Abrams
            12/20/2021